FILED by \_\_YH\_\_ D.C.

Dec 14, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **18-20964-CR-SCOLA/TORRES**

18 U.S.C. § 111(a)(1) and (b)

UNITED STATES OF AMERICA

vs.

**BERNABE ESPARZA TORRES,**

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about November 9, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**BERNABE ESPARZA TORRES,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "M.R.," a person designated in Title 18, United States Code, Section 1114, who was assisting an officer and employee of the United States and of an agency in a branch of the United States Government, that is, the Field Office Director for the Miami Field Office of the United States Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations, while "M.R." was engaged in and on account of the performance of his official

duties, and in the commission of this offense, did inflict bodily injury upon "M.R.," in violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL.

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

DAVID S. TURKEN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

BERNABE ESPARZA TORRES,

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ FTL
- ___ Key West
- ___ WPB
- ___ FTP

| | Yes | No |
|---|---|---|
| New defendant(s) | ___ | ___ |
| Number of new defendants | ___ | |
| Total number of counts | ___ | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    ✓
   - II   6 to 10 days
   - III  11 to 20 days
   - IV   21 to 60 days
   - V    61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony    ✓

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___    No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___    No ✓

_____
David S. Turken
Assistant United States Attorney
Florida Bar No. 28573

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  BERNABE ESPARZA TORRES

**Case No:**  _____

Count #: 1

Forcibly Assaulting a Federal Officer

Title 18, United States Code, Section 111(a)(1) and (b)

**\*Max. Penalty:**      20 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.