UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20964-CR-SCOLA/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNABE ESPARZA TORRES,

    Defendant.

_____/

**ORDER GRANTING ORE TENUS MOTION FOR A
PSYCHIATRIC AND MENTAL HEALTH EXAMINATION**

THIS CAUSE is before the Court on Ore Tenus Motion for a psychiatric and mental health examination. The Court being fully advised of the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Court GRANTS the Ore Tenus Motion for a psychiatric and mental health examination. The Court hereby DIRECTS, pursuant to section 4241(b), that a psychiatric and mental health examination be conducted by the medical staff of the Federal Detention Center in Miami, Florida, and that a report be made to the Court on or before March 18, 2019, pursuant to 18 U.S.C. § 4247.

3. Upon receipt of the report, the Court will, if necessary schedule a competency hearing pursuant to the provisions of 18 U.S.C. § 4247(d).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th of February 2019.

                                              EDWIN G. TORRES
                                              UNITED STATES MAGISTRATE JUDGE

c:    Warden, FDC