United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,  )<br>Plaintiff  )<br>  )<br>v.  )<br>  )<br>  )<br>Bernabe Esparza Torres,  )<br>Defendant.  ) | 18-CR-20964-SCOLA<br>Criminal Case No. ~~19-20964-CR-Scola~~ |

## Order on Competency

This matter was before the Court, at a hearing on April 5, 2019, regarding the competency evaluation of Defendant Bernabe Esparza Torres. Upon the stipulation of the parties, the Court accepted Dr. Jorge Luis's Forensic Evaluation, in lieu of live testimony, opining that the Defendant is not competent to stand trial.

Accordingly, the Court **orders** the Defendant to be committed to the custody of the Attorney General, who shall hospitalize the defendant "for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed." 18 U.S.C. § 4241(d)(1).

**Done and Ordered** in Chambers at Miami, Florida, on April 5, 2019.

_____
Robert N. Scola, Jr.
United States District Judge