U.S DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY PG D.C.
JUN 04 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES
PLAINTIFF

VS.

BERNABE ESPARZA TORRES
DEFENDANT

CASE # 19-20964-CR-RNS
EX PARTE - MATERIAL WITNESS
NOTARIZED AFFIDAVIT FOR
DEFENDANTS INNOCENCE
DATED :- MAY 28, 2019

NOTE :- IT WILL BE A GROSS MISCARRIAGE OF JUSTICE TO PUNISH DEFENDANT TORRES FOR A CRIME HE DID NOT COMMIT. ENDS OF JUSTICE REQUIRES TO PUNISH OFFICER ROQUE FOR A FELONY ASSAULT ON A MENTALLY ILL CIVIL PERSON WHO WAS IN HIS CUSTODY AND CARE. THE COURT MUST TAKE JUDICIAL NOTICE IN THE INTEREST OF JUSTICE THAT OFFICER ROQUE IS NOT A CORRECTIONAL OFFICER BUT A SECURITY GUARD AND THE SAID CRIMINAL STATUE IS MIS-APPLIED IN THIS CASE. ALSO, DEFENDANT TORRES IS NOT A PRISONER BUT A CIVIL PERSON IN CIVIL DETENTION

I, YASIR MEHMOOD GIVE THE FOLLOWING CERTIFIED, NOTARIZED, VERIFIED STATEMENT OF FACTS UNDER OATH AND UNDER PENALTY OF PERJURY. AND UNDER LAWS OF FLORIDA AND UNITED STATES. I SWEAR, AFFIRM AND DECLARE THAT THE FOLLOWING IS TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH. BEING DULY SWORN, I MAKE THE FOLLOWING STATEMENT IN GOOD FAITH WITHOUT ANY GREED, WITHOUT ANY PRESSURE THAT :-

"" I AM THE SOLE WITNESS IN THE ABOVE CRIMINAL CASE AND DEFENDANT TORRES IS INNOCENT OF THE CHARGED CRIME. HE WAS NOT THE AGGRESSOR AND HE IS MENTALLY ILL. INFACT, SECURITY GUARD MR. M. ROQUE WAS THE AGGRESSOR AND ATTACKER. HE BRUTALLY ASSAULTED AND INJURED MR. TORRESS DESPITE THE FACT THAT HE WAS SUBDUED AND NOT EVEN MOVING. THIS GUARD WAS INJURED BY THE METAL SHAVINGS OF THE CELL DOOR, THROUGH HIS OWN EXCESSIVE FORCE. AFTER INJURING HIMSELF, HE PUNCHED THROUGH CLOSED FISTS MORE THAN 23 TIMES TO DEFENDANT TORRES. ""

SIGNATURE :- [signature]

YASIR MEHMOOD, A #060-196-932
KROME SPC, 18201 SW 12TH ST - MIAMI - FL 33194

KERRY PRESENDIEU
Notary Public - State of Florida
Commission # GG 055710
My Comm. Expires Feb 12, 2021
Bonded through National Notary Assn.

SWORN AND SUBSCRIBED BEFORE ME THIS MAY 28, 2019
NOTARY PUBLIC, STATE OF FLORIDA



YASIR MEHMOOD
A#060-196-933, KROME S/C
18201 SW 12TH ST;
MIAMI, FL 33194

HONORABLE MR. ROBERT SCOLA
US DISTRICT JUDGE
400 NORTH MIAMI AVE;
MIAMI, FL 33128